An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SCHWARTZ,
Appellant,
vs.
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; D. ANDERSON,
P#6363; C. HALL, P#6060; AND R.
MEYERS, P#8090,
Respondents.

No. 62211

**FILED**

SEP 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On July 8, 2013, this court entered an order giving appellant 30 days to retain new counsel and cause counsel to enter an appearance or inform this court that appellant would proceed in proper person. In that order we cautioned appellant that failure to comply with this court's order would result in the dismissal of this appeal. To date, appellant has failed to comply with this court's order. Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Linda Marie Bell, District Judge
     David Schwartz
     Marquis Aurbach Coffing
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27281